Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00346-CR

Arturo **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 100542
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  July 13, 2011

DISMISSED FOR WANT OF JURISDICTION

A "Certificate of Notice of Appeal" filed by the Bexar County Clerk indicates trial cause number 100542 was "closed pre indictment." However, on May 13, 2011, appellant filed a pro se "Notice of Appeal From a Negotiated Plea." Because there is no appealable order or judgment in this case, it appears this court has no matter over which to exercise jurisdiction. Accordingly, on May 25, 2011, this court issued an order directing appellant to show cause in writing no later than June 9, 2011 why this appeal should not be dismissed for want of

jurisdiction. Our order informed appellant that if no response was received by June 9, 2011, this appeal would be dismissed for lack of jurisdiction. No response has been filed. Therefore, this appeal is dismissed.

PER CURIAM

Do not publish